UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN HARRISON                                CIVIL ACTION

VERSUS                                       NO. 06-3287

LOUISIANA STATE                              SECTION B(4)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -6 PM 1:22

LORETTA G. WHYTE
CLERK

### ORDER

Before the Court is Plaintiff's Motion To Reconsider The Denial Of The Writ Of Mandamus. (Rec. Doc. No. 8).

Plaintiff erroneously captioned the pleading and in fact moves the Court to reconsider the denial of Plaintiff's *Ex Parte* motion in which Plaintiff moved the Court to compel the Clerk of Court for Orleans Parish to provide Plaintiff with a copy of a Minute Entry dated 8-3-1999 in case number 356585 (Rec. Doc. No. 6). The Court denied Plaintiff's motion and reasoned that Plaintiff may obtain adequate relief in state court. (Rec. Doc. No. 7). Plaintiff did not attach documentation nor reference any attempt to seek relief in state court in his *Ex Parte* motion. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Reconsider is **DENIED**.

New Orleans, Louisiana, this 3rd day of November, 2006

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____